UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE TORO,
                    Plaintiff,

       -v-

CRABTREE & EVELYN, LTD.,
                    Defendant.

22-CV-6088 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendant was served on September 23, 2022. However, no appearance has been entered on Defendant's behalf, and no response to the complaint has been filed in the allotted time. Plaintiff has not moved for a default judgment.

    Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendant or its counsel regarding a response to the complaint.

    If Plaintiff fails by December 15, 2022 to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant, the action may be dismissed for failure to prosecute.

    Plaintiff is directed to serve a copy of this order by mail on Defendant.

    SO ORDERED.

Dated: November 29, 2022
       New York, New York

                                              J. PAUL OETKEN
                                              United States District Judge